United States District Court
Southern District of Texas
**ENTERED**
September 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CIVIL ACTION NO. 4:18-CV-4032 |
| AMARJIT K. GILL | § | |

## ORDER

This case has been pending on the Court's docket since October 2018. The Court has been advised by the Assistant U.S. Attorney that, while summons has been issued, the Defendant resides in the United Kingdom and service must be effected through the Hague Convention which is time consuming. Therefore, the Court hereby

**ORDERS** that this case is **ADMINISTRATIVELY** (statistically) **CLOSED**. The parties may move to reinstate the case on the Court's active docket at such time in the future as deemed appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

SIGNED at Houston, Texas, this 25th day of September 2019.

ANDREW S. HANAN
UNITED STATES DISTRICT JUDGE