United States District Court
Southern District of Texas
**ENTERED**
April 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:18-4020 |
| | § CIVIL ACTION NO. 4:18-4032 |
| JAGMAIL S. GILL | § |

## ORDER

Pending before the Court in both cases referenced above are the Defendant's Unopposed Motions to Consolidate and Brief in Support (Doc. Nos. 20 and 12, respectively). The Court finds good cause to consolidate these two cases. It is therefore

**ORDERED** that Civil Action No. 4:18-4032 shall be **CONSOLIDATED** into Civil Action 4:18-4020. All future filings will use Civil Action No. 4:18-4020 and filed under this docket number. A copy of this Order will be filed in Civil Action No. 4:18-4032; the case will be closed and no further filings will be made under that docket number.

SIGNED at Houston, Texas, this 2nd day of April 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE